AO 440 (Rev. 12/09) Summons in a Civil Action

SERVED

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Brown <br> *Plaintiff* <br> v. <br> United Check Recovery Bureau Inc et al <br> *Defendant* | Civil Action No. 3:20-cv-00160-G |

## Summons in a Civil Action

**TO:** Buyers Holdings LLC
C/O REGISTERED AGENT
CORPORATION SERVICE COMPANY
D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH STREET, SUITE 620
AUSTIN, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Nathan Volheim
2500 South Highland Avenue
Suite 200
Lombard , IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 01/22/2020

*Signature of Clerk or Deputy Clerk*

CAUSE NO. 3:20-cv-00160-G

| | | |
|---|---|---|
| Brown | § | IN THE UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE NORTHERN DISTRICT |
| | § | |
| United Check Recovery Bureau Inc et al | § | |
| Defendant. | § | OF TEXAS |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Jan 25, 2020, 9:00 am,**

**SUMMONS, COMPLAINT,**

and was executed at **211 E 7th St 620, Austin, TX 78701** within the county of **Travis** at **11:50 AM** on **Thu, Jan 30 2020,** by delivering a true copy to the within named

**BUYERS HOLDINGS LLC, BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY ACCEPTED BY AUTHORIZED AGENT VANESSA HERNANDEZ**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, my date of birth is **Feb 5, 1983**, and my address is **500 E. 4th St. #143, Austin, TX 78701**, and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **January 30, 2020.**

_____
Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2020